NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLIED PREDICTIVE TECHNOLOGIES, INC.,**
*Plaintiff-Appellant*

**v.**

**MARKETDIAL, INC., JOHN M. STODDARD, aka Johnny Stoddard, MORGAN DAVIS,**
*Defendants-Appellees*

---

2024-1751

---

Appeal from the United States District Court for the District of Utah in No. 2:19-cv-00496-JNP, Judge Jill N. Parrish.

-------------------------------------------------

**APPLIED PREDICTIVE TECHNOLOGIES, INC.,**
*Plaintiff-Appellee*

**v.**

**MARKETDIAL, INC., JOHN M. STODDARD, aka Johnny Stoddard, MORGAN DAVIS,**
*Defendants-Appellants*

---

2024-1805

---

2 APPLIED PREDICTIVE TECHNOLOGIES, INC. v. MARKETDIAL, INC.

Appeal from the United States District Court for the District of Utah in No. 2:19-cv-00496-JNP, Judge Jill N. Parrish.

―――――――――――

**ON MOTION**

―――――――――――

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal of Appeal No. 2024-1805, pursuant to Federal Rule of Appellate Procedure 42(b), ECF No. 33,

IT IS ORDERED THAT:

(1)  The official captions are revised as reflected in this order, and Appeal No. 2024-1805 is voluntarily dismissed.

(2)  Each side shall bear its own costs as to Appeal No. 2024-1805.

(3)  The Clerk of Court shall transmit a copy of this order to the merits panel assigned to this case.

FOR THE COURT

October 23, 2024
        Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to Appeal No. 2024-1805 only):  October 23, 2024